UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: BARBARA GIORDANO-LEONAGGEO

                Debtor,

BARBARA GIORDANO-LEONAGGEO,

                Appellant,

-against-

M-M2 RE HOLDINGS 1, LLC,

                Appellee.

23-cv-6816 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    On September 26, 2024, the Court issued an Order to Show Cause directing Appellant Barbara Giordano-Leonaggeo ("Appellant") to show cause in writing on or before October 28, 2024, as to why Appellant's appeal should not be dismissed for want of prosecution pursuant to Federal Rules of Civil Procedure 41(b) and Federal Rules of Bankruptcy Procedure § 8001. To date, the deadline expired 3 days ago, and Appellant has failed to respond to the Order to Show Cause.

    Accordingly, the Court DISMISSES the above-captioned action without prejudice for want of prosecution. The Clerk of the Court is kindly directed to terminate this action.

Dated: October 31, 2024
       White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2024